UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO.: 16-cv-14531-GRAHAM

PATRICIA KENNEDY,

    Plaintiff,

vs.

GEIGER PROPERTIES OF FLORIDA,
LLC. a/k/a BRIDGE PLAZA, BACCHUS
USA, LLC d/b/a LA CASA LIQUORS,
MARY DAWN, INC. d/b/a BOGEY &
STOGEYS, THUY T. T. NGUYEN d/b/a
DIAMOND SPA & NAILS,

    DefendantS.

_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Default Judgment [ECF No. 57]. Upon consideration of the Motion, the pertinent portions of the record, and otherwise being fully advised in the premises, the Court enters the following order.

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Default Final Judgment [ECF No. 57] is **GRANTED**.

2. Defendant, Thuy T. T. Nguyen d/b/a Diamond Spa & Nails, is enjoined and restrained from taking any action to restrict, remove, limit, or refuse Plaintiff from otherwise visiting or accessing the Facility.

3. Defendant Diamond Spa & Nails shall provide a fully accessible restroom.

4. Defendant Diamond Spa & Nails shall provide sufficient clearance within the footprint of the restroom for a person in

      a wheelchair to maneuver into position to safely utilize the restroom.

5. Defendant Diamond Spa & Nails shall provide a rear and side grab bar at the commode.
6. Defendant Diamond Spa & Nails shall provide a lavatory that has the proper clearance beneath it to facilitate its use by an individual in a wheelchair.
7. Defendant Diamond Spa & Nails shall provide hand controls to the lavatory that is accessible.
8. Defendant Diamond Spa & Nails shall provide sufficient clearance between the lavatory and the commode.
9. Defendant Diamond Spa & Nails shall provide sufficient clearance between the commode and the facing wall by more than 56" as required.
10. Defendant Diamond Spa & Nails shall remove supplies and other items that routinely encroach into the required clear floor space at the lavatory and commode, so patrons may transfer from a wheelchair to the commode. It is further

**ORDERED AND ADJUDGED** that this case shall remain **CLOSED** and all pending motions are **DENIED** as moot.

**DONE and ORDERED** in Chambers this 17th day of April, 2018.

                                         DONALD L. GRAHAM
                                         UNITED STATES DISTRICT JUDGE

cc:  All counsel and parties of record
      Thuy T. T. Nguyen d/b/a Diamond Spa & Nails
      1533 S.W. Hibiscus Street
      Port Saint Lucie, Florida 34983